IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:19-CV-00510-D

| | |
|---|---|
| WESTERN PLASTICS, INC.<br>   Plaintiff<br><br>v<br><br>DUBOSE STRAPPING, INC.<br>   Defendant. | ORDER |

Upon good cause shown by the parties to this action, the Court GRANTS a stay of all deadlines in this case pending resolution of the post-trial motions in related Case No. 5:15-cv-00294-D.

So ORDERED this _14_ day of May, 2020.

By: _____
JAMES C. DEVER III
United States District Judge