# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### CASE NO. 5:19-CV-00510-D

| | |
|---|---|
| **WESTERN PLASTICS, INC.**<br>**Plaintiff** | |
| **v** | **ORDER** |
| **DUBOSE STRAPPING, INC.**<br>**Defendant.** | |

Upon good cause shown by the parties to this action, the Court CONTINUES the stay of all deadlines in this case pending resolution of the cross-appeals in related Case No. 5:15-cv-00294-D.

So ORDERED this _22_ day of December, 2020.

By: _____

JAMES C. DEVER III
United States District Judge